UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-11263 JAK (JPRx) | Date | May 26, 2021 |
|---|---|---|---|
| Title | Leemanuel Weilch v. 5116 2ND, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE  JS-6

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on May 6, 2021 ordering Plaintiff either to: (i) respond in writing no later than May 12, 2021 as to why the matter should not be dismissed for lack of prosecution. A response was filed by Plaintiff on May 12, 2021 (Dkt. 10) requesting an additional week to file a notice of settlement or proof of service. No notice of settlement or proof of service has been filed indicating that the summons and complaint have been served on Defendant or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

                                                                                       :
                                                    Initials of Preparer    TJ